IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

GAIL L. MENDEZ,

        Petitioner,　　　　　　　　　　　JUDGMENT IN A CIVIL CASE

v.　　　　　　　　　　　　　　　　　　Case No. 12-cv-228-wmc

UNITED STATES OF AMERICA,

        Respondent.

---

This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

---

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of respondent United States of America against petitioner Gail L. Mendez denying petitioner's motion for relief from her conviction and sentence under 28 U.S.C. § 2255.


      s/ A. Wiseman, Deputy Clerk　　　　　　October 15, 2014
      Peter Oppeneer, Clerk of Court　　　　　　　　Date